JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MORAVEC VARGA,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No.: CV 16-9650-DMG (KSx)<br><br>**JUDGMENT** |

On September 28, 2018, the Court granted the entirety of Defendant Wells Fargo Bank, N.A.'s ("Defendant's") Motion to Dismiss Plaintiff Linda Moravec Varga's ("Plaintiff's") Second Amended Complaint ("SAC"), with leave to amend. [Doc. # 44.] On October 19, 2018, Plaintiff notified the Court and Defendant that she did not intend to file a Third Amended Complaint. [Doc. # 45.]

Accordingly, IT IS ORDERED, ADJUDGED, AND DECREED that Judgment is entered against Plaintiff Linda Moravec Varga and in favor of Defendant Wells Fargo Bank, N.A.

DATED: October 25, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE